## DEFENDANT INFORMATION SHEET

CR23-40-UN*

| TO: Clerk, U.S. District Court | X | Felony | | Class A Misdemeanor |

| DEFENDANT: | Rangi Knight | | X | Indictment | | Information |

DOB (Year Only)   1973      COUNTY OF OFFENSE:     New Castle

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTY: |
|---|---|
| Count I – Passport Fraud, in violation of Title 18 U.S.C. § 1542 | Maximum 10 years imprisonment, a $250,000 fine, 3 years supervised release, and a $100 special assessment |
| | unsealed 5/11/23 |
| | SEALED |
| | REDACTED |

## INSTRUCTIONS

| | Order to Produce for Arraignment on: | at 1:00 p.m. |

| X | Issue Arrest Warrant upon signing of Order |

| | Issue Summons for Initial Appearance on: | at |

| | Interpreter Needed | Language |

## DEFENDANT INFORMATION

Defendant's Address:

| City: | Wilmington | County: | New Castle | State: | DE | Zip: | 19805 |

Date of Arrest:          Date of 1st Appearance in this District

Bail Set:          Date Made:          Remains in Federal Custody

/s/ Lesley F. Wolf
Assistant United States Attorney

APR ? ? 2023