I, _Rangi Knight_, having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of __NOT__ guilty to the Indictment filed in this case.

Dated this __11th__ day of __May__, 20__23__

_____
Def.

_____
Cnsl.