# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23 - 40 - UNA |
| | ) | |
| RANGI KNIGHT, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

*unsealed 5/11/23*

~~SEALED~~

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Rangi Knight, pursuant to an Indictment returned against him on this date.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY:    */s/ Lesley F. Wolf*
Lesley F. Wolf
Assistant United States Attorney

Dated:   April 25, 2023

AND NOW, this **25th** day of **April**, 2023 based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Rangi Knight.

United States Magistrate Judge

APR 2 5 2023